

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

TAIWAN R. VENABLE

CIVIL ACTION

NO. 05-208-JJB

## RULING AND ORDER

The court has carefully considered Venable's motion to vacate (doc. 54) under §2255, Venable's motion for summary judgment (doc. 63), the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated January 14, 2007 (doc. no. 65). Venable has failed to respond to the magistrate judge's report.

The court finds that the factual and legal conclusions of the magistrate judge are clearly correct. The report and recommendation is hereby APPROVED and ADOPTED as the court's reasons herein. The court additionally finds no merit to Venable's motion for summary judgment. See, doc. 64. Accordingly;

IT IS ORDERED that Venable's motion to vacate (doc.54) under §2255 be DENIED and that Venable's motion for summary judgment (doc. 63) be DENIED.

Baton Rouge, Louisiana, <u>February 7, 2007</u>.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA